No. 664. VERDIER *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Morgan J. Doyle* and *J. Joseph Sullivan* for appellant.

No. 669. BIG SLOUGH DRAINAGE DISTRICT OF SEDGWICK COUNTY ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *J. Wirth Sargent* for appellants. *Charles S. Rhyne* for appellees.

No. 690. SMITH *v.* CALIFORNIA. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *George Olshausen* for appellant.

No. 698. ANDERSON *v.* MICHIGAN. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Allan R. Rosenberg* for appellant. *Stephen J. Roth,* Attorney